# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Daren M. Schlecter | Atty Name (if applicable): | Daren M. Schlecter |
| Street Address: | 1875 Century Park East Suite 1000 Los Angeles, CA 90067 | CA Bar No. (if applicable): | 259537 |
| Filer's Telephone No.: | 310-553-5747 | Atty Fax No. (if applicable): | 310-553-5487 |

| In re: | Case No. 1:10-bk-25570 |
|---|---|
| Arturo J Banuelos Leemor D Banuelos | Chapter 7 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes          ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A   ☒ B   ☒ C   ☐ D   ☐ E   ☐ F   ☐ G   ☐ H   ☒ I   ☐ J.

☐ Statement of Social Security Number(s)     ☐ Statement of Financial Affairs
☐ Statement of Intention                     ☐ Other

NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, Arturo J Banuelos and Leemor D Banuelos, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**FOR COURT USE ONLY**

DATED:   December   , 2010

/s/ Arturo J Banuelos                    12/22/10
Arturo J Banuelos
*Debtor Signature*

/s/ Leemor D Banuelos                    12/22/10
Leemor D Banuelos
*Co-Debtor Signature*

**SEE PROOF OF SERVICE**

B-1008 *Revised November 2003*

Software Copyright (c) 1990-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:    **December 23, 2010**                         **Daren M. Schlecter**

Print or Type Name


**/s/ Daren M. Schlecter**

*Signature*


(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                   Best Case Bankruptcy

**Attached Service List for Amended Schedules B, C and I
In re Arturo and Leemor Banuelos
1:10-bk-25570**

Judge:

The Honorable Geraldine Mund
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

Chapter 7 Trustee:

David R Hagen
6320 Canoga Avenue, Suite 1400
Woodland Hills, CA 91367

U.S. Trustee:

United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Additional Creditors Listed:

None

B6B (Official Form 6B) (12/07)

.

In re    **Arturo J Banuelos,**                                                                    Case No.    **1:10-bk-25570**
         **Leemor D Banuelos**
                                                                                          ,
                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking Account,** **Title: Arturo Banuelos** **Account Ending in 0823** | H | **15.00** |
| | | **Joint Checking Account, 1094** | C | **801.00** |
| | | **Checking Account, Account #0758** **Title: Leemor Banuelos** | W | **530.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **Wedding Ring** | C | **1,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance, OSGLI, no cash value** | C | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **2,346.00**
(Total of this page)

**3**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Arturo J Banuelos,**                                                 Case No. ___**1:10-bk-25570**_____
         **Leemor D Banuelos**
                                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Merrill Lynch** | **C** | **1,300.00** |
| | | **John Hancock Retirement Plan** | **C** | **16,503.06** |
| | | **Thrift Savings Plan** | **C** | **3,051.86** |
| | | **Fidelity Investment 401K** | **C** | **6,288.63** |
| | | **Calstrs: Defined Benefit Program/Pension** | **C** | **14,535.99** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | **41,679.54** |
|---|---|---|
|  | (Total of this page) | |

Sheet __**1**__ of __**3**___ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Arturo J Banuelos,**
         **Leemor D Banuelos**                                              Case No.    **1:10-bk-25570**
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Infiniti G-20, 116,000 Miles** | **C** | **3,110.00** |
| | | **2007 Honda Odyssey 30,000 miles** | **C** | **9,527.50** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **12,637.50**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re      **Arturo J Banuelos,**
       **Leemor D Banuelos**                                                                      Case No.   __**1:10-bk-25570**__

                                             Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** |
| | (Total of this page) | |
| | Total > | **56,663.04** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

                                         (Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**B6C (Official Form 6C) (4/10)**

.

In re     **Arturo J Banuelos,**
         **Leemor D Banuelos**                        Case No.   **1:10-bk-25570**

                                   Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Checking Account, Title: Arturo Banuelos Account Ending in 0823** | C.C.P. § 706.050 | 15.00 | 15.00 |
| **Joint Checking Account, 1094** | C.C.P. § 706.050 | 801.00 | 801.00 |
| **Checking Account, Account #0758 Title: Leemor Banuelos** | C.C.P. § 706.050 | 530.00 | 530.00 |
| **Furs and Jewelry** | | | |
| **Wedding Ring** | C.C.P. § 704.040 | 1,000.00 | 1,000.00 |
| **Interests in Insurance Policies** | | | |
| **Life Insurance, OSGLI, no cash value** | C.C.P. § 704.100 | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Merrill Lynch** | C.C.P. § 704.115(a)(1) & (2), (b) | 1,300.00 | 1,300.00 |
| **John Hancock Retirement Plan** | C.C.P. § 704.115(a)(1) & (2), (b) | 16,503.06 | 16,503.06 |
| **Thrift Savings Plan** | C.C.P. § 703.140(b)(10)(E) | 3,051.86 | 3,051.86 |
| **Fidelity Investment 401K** | C.C.P. § 704.115(a)(1) & (2), (b) | 6,288.63 | 6,288.63 |
| **Calstrs: Defined Benefit Program/Pension** | C.C.P. § 704.110 | 14,535.99 | 14,535.99 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Infiniti G-20, 116,000 Miles** | C.C.P. § 704.010 | 2,725.00 | 3,110.00 |
| **2007 Honda Odyssey 30,000 miles** | C.C.P. § 704.010 | 0.00 | 19,055.00 |
| Total: | | **46,750.54** | **66,190.54** |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re    **Arturo J Banuelos**
    **Leemor D Banuelos**                       Case No.    **1:10-bk-25570**
                                   Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Married** | **Son** | **2** |
| | **Son** | **5** |
| | **Son** | **8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Operations Manager** | **Substitute Teacher** |
| Name of Employer | **Creative Technology** | **Los Angeles Unified School District** |
| How long employed | **3.5 years** | **11 years** |
| Address of Employer | **14000 Arminta St.** **Panorama City, CA 91402** | **333 South Beaudry Ave.** **Los Angeles, CA 90017** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ **5,589.00** | $ **115.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **5,589.00** | $ **115.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a.  Payroll taxes and social security | $ **982.50** | $ **7.00** |
|    b.  Insurance | $ **0.00** | $ **0.00** |
|    c.  Union dues | $ **0.00** | $ **0.00** |
|    d.  Other (Specify):    **401K** | $ **369.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **1,351.50** | $ **7.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **4,237.50** | $ **108.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify):    **Unemployment Insurance** | $ **0.00** | $ **119.50** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **119.50** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **4,237.50** | $ **227.50** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **4,465.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Joint Debtor - wife's income fluctuates with school year and the need for a substitute teacher.**

**Unemployment income that joint debtor receives is temporary due to unemployment policy of EDD and fluctuates with work schedule/earnings capacity.**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Daren M. Schlecter<br>Law Office of Daren M. Schlecter<br>1875 Century Park East<br>Suite 1000<br>Los Angeles, CA 90067<br>310-553-5747 Fax: 310-553-5487<br>259537<br>☒ Attorney for: Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Arturo J Banuelos<br>Leemor Banuelos<br><br>Debtor(s). | CASE NO.: 1:10-bk-25570<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists                Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____

☒ Other: _AMENDED COVER SHEET WITH PROOF OF_     Date Filed: _12/23/2010_
_SERVICE; SCHEDULES B, C + I AMENDED_

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

/s/ Arturo J Banuelos                    Dec 23, 2010
_Signature of Signing Party_            Date
Arturo J Banuelos
_Printed Name of Signing Party_

/s/ Leemor Banuelos                      Dec 23, 2010
_Signature of Joint Debtor_             Date
Leemor Banuelos
_Printed Name of Joint Debtor_

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

/s/ Daren M. Schlecter                   Dec 23, 2010
_Signature of Attorney for Signing Party_   Date
Daren M. Schlecter 259537
_Printed Name of Attorney for Signing Party_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.